1  Matthew T. Powers, <mpowers@sidley.com> (SBN 124493)
   SIDLEY AUSTIN LLP
2  555 California Street, Suite 2000
   San Francisco, CA 94104
3  Telephone: (415) 772-1200
   Facsimile:  (415) 772-7400
4
   *Attorneys for Defendants* PHONETEC LP
5  And PHONETEC PCS, LLC

6

7

8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12  TELEMAC CORPORATION, a Delaware          )   No. C 04-01486 (CW)
    corporation,                             )   Related w/ Case No. C 04- 04696 (CW)
13                                           )
                                             )
14               Plaintiff,                  )
                                             )   **ORDER GRANTING SUBSTITUTION OF**
15  v.                                       )   **COUNSEL (CIVIL L.R 11-5)**
                                             )
16  PHONETEC LP,  a Texas limited partnership; )
    PHONETEC PCS, LLC, a Texas Limited       )
17  Liability Company; and DOES 1 through 20, )
    Inclusive,                               )
18                                           )
                 Defendants.                 )
19                                           )

20  TO ALL PARTIES AND THEIR COUNSEL OF RECORD, AND TO THE COURT IN THIS

21  ACTION:

22

23          PLEASE TAKE NOTICE that, pursuant to Civil L.R. 11-5, defendants PHONETEC LP and

24  PHONETEC PCS, LLC, are substituting counsel in this matter as follows:

25

26

27
                                       1
28  _____

SF1 1431672v.1

**SUBSTITUTION OF COUNSEL**

Defendants Phonetec LP and Phonetec PCS, LLC ("Defendants") respectfully request this Court to enter the Order allowing the substitution of new counsel for Defendants, as follows:

1.      The law firm of Bell Nunnally & Martin LLP, 1400 One McKinney Plaza, 3232 McKinney Avenue, Dallas, Texas 95204-2429 shall be lead trial counsel for Defendants upon entry of the Order.  Attorneys Tammy S. Wood, Jeffrey S. Lowenstein, and Neal J. Suit, of the Bell Nunnally & Martin LLP firm, will be submitting *pro hac vice* applications and registering as e-filers as soon as possible and will be the responsible attorneys from that firm acting on behalf of Defendants.

2.      The law firm of Sidley Austin LLP, 555 California Street, Suite 2000, San Francisco, California 94104 shall be co-counsel for Defendants upon entry of the Order.  Matthew T. Powers, State Bar No. 124493, a registered e-filer, filed a notice of appearance on behalf of Defendants in this case on March 20, 2006.

3.      The law firm of Hodgson Russ LLP, 60 East 42nd Street, New York, NY 10165-0150, is no longer representing any party to this action.  Joseph P. Goldberg, of the Hodgson Russ LLP firm, had been the responsible attorney from that firm acting on behalf of Defendants.

4.      The law firm of Thornton, Taylor, Becker & Shinn, 731 Sansome Street, Suite 300, San Francisco, CA 94111, former co-counsel for Defendants, is no longer representing any party to this action.  Phillip F. Shinn, of the Thornton, Taylor, Becker & Shinn firm, had been the responsible attorney from that firm acting on behalf of defendants.

5.      On March 20, 2006, Matthew T. Powers notified Guy W. Chambers, of Townsend Townsend and Crew LLP, counsel for Plaintiff in this action, of the fact that these substitutions would be forthcoming.

6.      Defendants and all counsel and parties to this action have been informed of the foregoing substitutions of counsel, which justifies the following Order pursuant to Civil L.R. 11-5.

**SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**
**CASE NO. C 04-1486 (CW), RELATED W/ CASE NO. C 04-04696 (CW)**

SF1 1431672v.1

1

2

Dated:  March ___,  2006

3

4

5

6

7

8

Respectfully submitted,

By:  _____
Matthew T. Powers
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:   (415) 397-4621

Attorneys for Defendants
PHONETEC LP and PHONETEC PCS, LLC

9

Dated:  March ___,  2006

10

11

12

13

14

15

16

I accept this substitution.

By:  _____
Neal J. Suit
BELL NUNNALLY & MARTIN LLP
1400 One McKinney Plaza
3232 McKinney Avenue
Dallas, Texas 75204-2429
Telephone:  (214) 740-1400
Facsimile:   (214) 740-1499

Attorneys for Defendants
PHONETEC LP and PHONETEC PCS, LLC

Dated:  March ___,  2006

17

I consent to this substitution.

18

19

20

21

22

23

By:  _____
Joseph P. Goldberg
HODGSON RUSS LLP
60 East 42nd Street
New York, New York 10165-0150
Telephone:  (212) 661-3535
Facsimile:   (212) 972-1677

Former Attorneys for Defendants
PHONETEC LP and PHONETEC PCS, LLC

24

25

26

27

28

3

**SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**
CASE NO. C 04-1486 (CW), RELATED W/ CASE NO. C 04-04696 (CW)

SF1 1431672v.1

1 | Dated:  March ___,  2006

I consent to this substitution.

By: _____
    Phillip F. Shinn
    THORNTON, TAYLOR, BECKER &
    SHINN
    731 Sansome Street, Suite 300
    San Francisco, CA 94111
    Telephone:  (415) 421-8890
    Facsimile:   (415) 421-0688

    Former Attorneys for Defendants
    PHONETEC LP and PHONETEC PCS, LLC

Dated:  March ___,  2006

I consent to this substitution.

Phonetec LP, a Texas limited partnership

By: _____

    Its: _____

Dated:  March ___,  2006

I consent to this substitution.

Phonetec PCS, LLC, a Texas limited liability company

By: _____

    Its: _____

4

SF1 1431672v.1

1

**ORDER ALLOWING SUBSTITUTION OF COUNSEL**

2   PURSUANT TO CIVIL L.R. 11-5, IT IS SO ORDERED.

3

4   Dated: _____          /s/ CLAUDIA WILKEN
             3/31/06

5                                       Hon. Claudia Wilken
                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**
**CASE NO. C 04-1486 (CW), RELATED W/ CASE NO. C 04-04696 (CW)**

SF1 1431672v.1