UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TELEMAC CORPORATION, a Delaware corporation,

Plaintiff(s),

v.

PHONETEC LP, a Texas Limited Partnership; PHONETEC PCS, LLC, a Texas Limited Liability Company; and DOES 1 through 20, inclusive,

Defendant(s).

CASE NO. C 04-1486 JCS CW

(Proposed)

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Jeffrey S. Lowenstein, an active member in good standing of the bar of U. S. District Court, Northern District of Texas (particular court to which applicant is admitted) whose business address and telephone number is Bell Nunnally & Martin LLP
3232 McKinney Avenue, Suite 1400
Dallas, Texas 75204
(214) 740-1400 - Telephone, (214) 740-1499 - Facsimile, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PHONETEC LP and PHONETEC PCS, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: APR 18 2006 2006

Claudia Wilken
United States District Judge