1  [PURSUANT TO LOCAL RULE 3-4(a)(1),
   NAMES AND ADDRESSES OF COUNSEL AND
2  NAMES OF PARTIES APPEAR ON
   SIGNATURE PAGE]
3

4

5                    UNITED STATES DISTRICT COURT

6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                            OAKLAND DIVISION

8

| | |
|---|---|
| TELEMAC CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHONETEC LP, a Texas Limited Partnership; PHONETEC PCS, LLC, a Texas Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | No. C 04-01486 CW<br>Related w/ Case No. C 04-04696 CW<br><br>**REVISED STIPULATION AND ORDER AMENDING CASE MANAGEMENT DATES** |

The parties agreed to a temporary continuance of all litigation activities in the above-captioned case pending the Court's ruling on Phonetec's Motion to Stay Proceedings ("Motion to Stay") in order to minimize litigation costs and expenses in the interim before the Court ruled on the Motion to Stay. Now that the Court has issued its ruling on the Motion Stay, and in light of the agreement between the parties, the parties agree and hereby request that the Court alter the dates in the Case Management Order as follows[1]:

---

[1] The parties submit this Stipulation at this time, rather than during the pendency of the Motion for Stay, based on counsels' August 11 conference call with the Court Clerk, Ms. Sheilah Cahill. During that conference call, the parties informed Ms. Cahill of (a) their agreement to halt all litigation activities until the Court issued a ruling on the Motion to Stay and (b) their intention to file this Stipulation with a proposed formula for calculating new dates rather than proposed new dates. Ms. Cahill suggested that the parties wait until after the Court ruled on the Motion to Stay to submit any proposed order regarding amending the case management dates, in order that the Stipulation would

(Footnote continued on the next page)

| | | |
|---|---|---|
| 1 | Court-connected mediation | Already Completed |
| 2 | Completion of Fact Discovery | February 12, 2007 |
| 3 | Disclosure of identities and reports of expert witnesses | February 27, 2007 |
| 4 | | |
| 5 | Disclosure of identities and reports of rebuttal expert witnesses | March 20, 2007 |
| 6 | Completion of Expert Discovery | April 23, 2007 |
| 7 | All case-dispositive motions to be heard at 10:00 AM on or before | July 27, 2007 |
| 8 | Date of next case management conference | July 27, 2007 |
| 9 | Final Pretrial Conference at 1:30 PM on | November 16, 2007 |
| 10 | | |
| 11 | A seven (7) day Jury Trial will begin at 8:30 AM on | November 26, 2007 |

**Additional Matters related to Patent Local Rules ("PLR") still pending:**

| | | |
|---|---|---|
| 13 | Defendants' preliminary invalidity contentions and supporting documents (PLR 3-3 & 3-4) | March 28, 2006 |
| 14 | | |
| 15 | Exchange of proposed terms and claim elements for construction (PLR 4-1) | December 12, 2006 |
| 16 | Exchange of preliminary claim construction and extrinsic evidence (PLR 4-2) | January 16, 2007 |
| 17 | | |
| 18 | File joint claim construction and pre-hearing statement (PLR 4-3) | February 6, 2007 |
| 19 | Complete Claim Construction discovery (PLR 4-4) | January 23, 2007 |
| 20 | Opening Claim Construction brief (PLR 4-5(a)) | May 22, 2007 |
| 21 | Responsive Claims Construction Brief (PLR 4-5(b)) | June 13, 2007 |
| 22 | | |
| 23 | Reply Brief (PLR 4-5(c)) | June 19, 2007 |
| 24 | Markman Hearing | July 27, 2007 |

---

(Footnote continued from the previous page)

contain specific proposed dates.

REVISED STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES
CASE NO. C 04-1486 CW, RELATED W/ CASE NO. C 04-04696 CW

2

1  (a) The parties will be ready for trial on this date. If the parties have not agreed to trial

2  consolidation with case CV 04-4696, the Court will determine which is tried first.

3  This court's standard Order for Pretrial Preparation also applies.

6  **PURSUANT TO STIPULATION, IT IS SO ORDERED.  Please note that the claim**

7  **construction arguments and the summary judgment arguments should be contained in the same**

8  **briefs, with leave for additional pages, if necessary.**

DATED: 10/19/06

*[signature]*

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

The undersigned hereby stipulate to the entry of the above Order.

DATED: October 18, 2006

| | |
|---|---|
| By:/s/ *Guy W. Chambers* | By:/s/ *Tammy S. Wood* |
| Guy W. Chambers (State Bar No. 101611) | Tammy S. Wood, Admitted *Pro Hac Vice* |
| Robert G. Litts (State Bar No. 205984) | Jeffrey S. Lowenstein, Admitted *Pro Hac Vice* |
| Townsend and Townsend and Crew LLP | Neal J. Suit, Admitted *Pro Hac Vice* |
| Two Embarcadero Center, Eighth Floor | Bell Nunnally & Martin, LLP |
| San Francisco, California  94111 | 3232 McKinney Avenue, Suite 1400 |
| Telephone: (415) 576-0200 | Dallas, TX  75204 |
| Facsimile:  (415) 576-0300 | Telephone: (214) 740-1400 |
| Email:       gwchambers@townsend.com | Facsimile:  (214) 740-1499 |
| | Email:       tammyw@bellnunnally.com |
| | |
| Edwin I. Lasman (State Bar No. 105943) | Matthew T. Powers (State Bar No. 124493) |
| Case, Knowlson, Jordan & Wright LLP | Sidley Austin LLP |
| 2029 Century Park East, Suite 2500 | 555 California Street., Suite 2000 |
| Los Angeles, CA  90067 | San Francisco,  CA  94104 |
| Office        (310) 552-2766 | Telephone: (415) 772-1200 |
| Facsimile    (310) 552-3229 | Facsimile:  (415) 397-4621 |
| Email:       elasman@ckjw.com | Email:       mpowers@sidley.com |
| **Attorneys for Plaintiff Telemac Corporation** | **Attorneys for Defendants Phonetec LP, and Phonetec PCS, LLC** |

60886877 v3

REVISED STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES
CASE NO. C 04-1486 CW, RELATED W/ CASE NO. C 04-04696 CW                                                           3

## GENERAL ORDER 45 ATTESTATION

I, Guy W. Chambers, am the ECF user whose ID and password are being used to file this Stipulation And [Proposed] Order Amending Case Management Dates. In compliance with General Order 45, X.B., I hereby attest that Tammy S. Wood has concurred in this filing.

/s/ *Guy W. Chambers*
Guy W. Chambers

60886877 v3