1  [PURSUANT TO LOCAL RULE 3-4(a)(1),
NAMES AND ADDRESSES OF COUNSEL AND
2  NAMES OF PARTIES APPEAR ON
SIGNATURE PAGE]
3

4
UNITED STATES DISTRICT COURT
5
NORTHERN DISTRICT OF CALIFORNIA
6
OAKLAND DIVISION
7

8  TELEMAC CORPORATION, a Delaware ) No. C 04-01486 (CW)
corporation,                     ) Related w/ Case No. C 04- 04696 (CW)
9                                 )
              Plaintiff,          )
10                                ) **STIPULATION AND ORDER AMENDING**
v.                                ) **CASE MANAGEMENT DATES**
11                                )
PHONETEC LP,  a Texas limited partnership; )
12  PHONETEC PCS, LLC, a Texas Limited )
Liability Company; and DOES 1 through 20, )
13  Inclusive,                    )
                                   )
14              Defendants.        )
                                   )
15

16     The parties have agreed to a continuance of case management dates in the above-captioned

17  case, as the parties are currently involved in settlement negotiations.  The granting of a continuance

18  as to the dates specified below would enable the parties to minimize litigation costs and expenses

19  during settlement negotiations and enhance the potential of resolving this dispute expeditiously

20  through settlement.  In light of the agreement between the parties, the parties agree and hereby

21  request the Court alter the dates in the Case Management Order as follows:

22  Court-connected mediation                                          Already Completed

23  Completion of Fact Discovery                                       May 11, 2007

24
    Disclosure of identities and reports of expert witnesses           May 25, 2007
25
    Disclosure of identities and reports of rebuttal expert witnesses  June 22, 2007
26

27  Completion of Expert Discovery                                     July 20, 2007

28

1

**STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES**
CASE NO. C 04-1486 (CW), RELATED W/ CASE NO. C 04-04696 (CW)

| | |
|---|---|
| All case-dispositive motions to be heard at 10:00 a.m. or before | September 14, 2007 |
| Date of next case management conference | September 14, 2007 |
| Final Pretrial Conference at 1:30 p.m. on | March 14, 2008 |
| A seven (7) day Jury Trial will begin at 8:30 AM on | March 24, 2008 |

**Additional Matters related to Patent Local Rules ("PLR") still pending:**

| | |
|---|---|
| Defendants' preliminary invalidity contentions and supporting documents (PLR 3-3 & 3-4) | Already Completed |
| Exchange of proposed terms and claim elements for construction (PLR 4-1) | Already Completed |
| Exchange of preliminary claim construction and extrinsic evidence (PLR 4-2) | May 11, 2007 |
| File joint claim construction and pre-hearing statement (PLR 4-3) | June 1, 2007 |
| Complete Claim Construction discovery (PLR 4-4) | May 15, 2007 |
| Opening Claim Construction Brief (PLR 4-5(a)) | August 3, 2007 |
| Responsive Claims Construction Brief (PLR 4-5(b)) | August 17, 2007 |
| Reply Brief (PLR 4-5(c)) | August 24, 2007 |
| Markman Hearing | September 14, 2007 |

This court's standard Order for Pretrial Preparation applies to this case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:   2/20/07

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1  The undersigned hereby stipulate to the entry of the above Order.

DATED:  February 15, 2007

By: /s/ _____
    Guy W. Chambers
    TOWNSEND TOWNSEND & CREW LLP
    Two Embarcadero Center, 8th Floor
    San Francisco, CA 94111-3834
    Telephone:     (415) 576-0200
    Facsimile:      (415) 576-0300

    and

    Edwin I. Lasman, Esq.
    TELEMAC CORPORATION
    6701 Center Drive West, Suite 700
    Los Angeles, CA 90045
    Telephone:     (310) 568-6514

    Attorneys for Plaintiff TELEMAC
    CORPORATION

By: /s/ _____
    Tammy S. Wood
    *Admitted Pro Hac Vice*
    Jeffrey S. Lowenstein
    *Admitted Pro Hac Vice*
    Neal J. Suit
    *Admitted Pro Hac Vice*
    BELL NUNNALLY & MARTIN LLP
    3232 McKinney Avenue, Suite 1400
    Dallas, TX  75204
    Telephone:     (214) 740-1400
    Facsimile:      (214) 740-1499

    and

    Matthew T. Powers
    SIDLEY AUSTIN LLP
    555 California Street., Suite 2000
    San Francisco,  CA  94104
    Telephone:     (415) 772-1200
    Facsimile:      (415) 397-4621

    Attorneys for Defendants PHONETEC, LP
    and PHONETEC PCS, LLC

# ATTESTATION OF SIGNATURE
### (N.D. Cal. General Order 45)

I, Matthew T. Powers, hereby attest that concurrence in the filing of the following document:

**STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES**

has been obtained from all of the signatories.

DATED:  February 15, 2007                          SIDLEY AUSTIN LLP


                                                   By:_____/s/_____
                                                      Attorneys for Defendants
                                                      PHONETIC, LP and PHONETIC PCS, LLS

SF1 1449079v.1