[PURSUANT TO LOCAL RULE 3-4(a)(1),
NAMES AND ADDRESSES OF COUNSEL AND
NAMES OF PARTIES APPEAR ON
SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TELEMAC CORPORATION, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PHONETEC LP, a Texas limited partnership; PHONETEC PCS, LLC, a Texas Limited Liability Company; and DOES 1 through 20, Inclusive,<br><br>    Defendants. | No. C 04-01486 (CW)<br>Related w/ Case No. C 04- 04696 (CW)<br><br>**STIPULATION AND ORDER AMENDING CASE MANAGEMENT DATES AS MODIFIED** |

The parties have made considerable settlement progress during the past three months. The parties have agreed on a framework for settling this action, including a form of stipulated judgment. A draft settlement agreement has been prepared and is currently being discussed among counsel for the parties. Unfortunately, completion of the settlement agreement has been delayed for several weeks by critical personal issues affecting Defendants' chief executive officer.

To finalize their settlement while minimizing litigation costs, the parties seek a further continuance of the Court's deadlines. More specifically, the parties agree and hereby request the Court alter the dates in the Case Management Order leading up to claim construction briefing as follows:

| | |
|---|---|
| Court-connected mediation | Already Completed |
| Completion of Fact Discovery | June 15, 2007 |
| Disclosure of identities and reports of expert witnesses | June 29, 2007 |
| Disclosure of identities and reports of rebuttal expert witnesses | July 13, 2007 |

STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES
CASE NO. C 04-1486 (CW), RELATED W/CASE NO. C 04-04696 (CW)

1

| | | |
|---|---|---|
| 1 | Completion of Expert Discovery | July 27, 2007 |
| 2 | All case-dispositive motions to be heard at 2:00 p.m. or before | September 20, 2007 |
| 3 | | |
| 4 | Date of next case management conference | September 20, 2007 |
| 5 | Final Pretrial Conference at 2:00 p.m. on | March 11, 2008 |
| 6 | A seven (7) day Jury Trial will begin at 8:30 AM on | March 24, 2008 |

**Additional Matters related to Patent Local Rules ("PLR") still pending:**

| | | |
|---|---|---|
| | Defendants' preliminary invalidity contentions and supporting documents (PLR 3-3 & 3-4) | Already Completed |
| | Exchange of proposed terms and claim elements for construction (PLR 4-1) | Already Completed |
| | Exchange of preliminary claim construction and extrinsic evidence (PLR 4-2) | June 15, 2007 |
| | File joint claim construction and pre-hearing statement (PLR 4-3) | July 27, 2007 |
| | Complete Claim Construction discovery (PLR 4-4) | July 20, 2007 |
| | Opening Claim Construction Brief (PLR 4-5(a)) | August 3, 2007 |
| | Responsive Claims Construction Brief (PLR 4-5(b)) | August 17, 2007 |
| | Reply Brief (PLR 4-5(c)) | August 24, 2007 |
| | Markman Hearing | September 20, 2007 |

This court's standard Order for Pretrial Preparation applies to this case.

**PURSUANT TO STIPULATION, IT IS SO ORDERED, except as modified by the Court.**

DATED: 5/14/07

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

/ / /

STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES
CASE NO. C 04-1486 (CW), RELATED W/CASE NO. C 04-04696 (CW)

2

1  / / /

STIPULATION AND [PROPOSED] ORDER AMENDING CASE MANAGEMENT DATES
CASE NO. C 04-1486 (CW), RELATED W/CASE NO. C 04-04696 (CW)

3

1  The undersigned hereby stipulate to the entry of the above Order.

2

3  DATED: May 14, 2007

4

5  By: /s/ Guy W. Chambers                    By: /s/ Tammy S. Wood
      Guy W. Chambers                              Tammy S. Wood
      TOWNSEND TOWNSEND & CREW LLP                 *Admitted Pro Hac Vice*
6     Two Embarcadero Center, 8th Floor            Jeffrey S. Lowenstein
      San Francisco, CA 94111-3834                 *Admitted Pro Hac Vice*
7     Telephone:     (415) 576-0200                Neal J. Suit
      Facsimile:      (415) 576-0300                *Admitted Pro Hac Vice*
8                                               BELL NUNNALLY & MARTIN LLP
9    and                                          3232 McKinney Avenue, Suite 1400
                                                Dallas, TX 75204
10    Edwin I. Lasman, Esq.                       Telephone:     (214) 740-1400
       TELEMAC CORPORATION                          Facsimile:      (214) 740-1499
11    6701 Center Drive West, Suite 700
       Los Angeles, CA 90045                        and
12    Telephone:     (310) 568-6514

13                                                 Matthew T. Powers
       Attorneys for Plaintiff TELEMAC              SIDLEY AUSTIN LLP
14    CORPORATION                                  555 California Street., Suite 2000
                                                 San Francisco, CA 94104
15                                                 Telephone:     (415) 772-1200
16                                                 Facsimile:      (415) 397-4621

17                                                 Attorneys for Defendants PHONETEC, LP
                                                 and PHONETEC PCS, LLC
18  61049478v1

19

20

21

22

23

24

25

26

27

28